DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH CARL GUY,**
Appellant,

v.

**PLAZA HOME MORTGAGE, INC.,**
Appellee.

No. 4D18-2254

[June 27, 2019]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 16022826.

Kenneth Carl Guy, Oakland Park, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***